IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MICHAEL T. FLYNN,                    )
                                     )
    Plaintiff,                       )
                                     )
      v.                           )        No. 24-516C
                                     )        (Judge Meriweather)
UNITED STATES,                       )
                                     )
    Defendant.                       )

JOINT STATUS REPORT

Pursuant to this Court's March 30, 2026 order, the parties respectfully submit this joint status report. The Court ordered that the parties provide this joint status report "updating the Court on the status of this case." The parties have conferred and have agreed to a settlement in principle. However, the parties need more time to finalize and implement the agreed-upon settlement. Thus, we propose to file another joint status report in 30 days, by May 27, 2026, to update the Court on the status of the settlement.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

DOUGLAS K. MICKLE
Acting Deputy Director

- 2 -

/s/Jesse Binnall
JESSE BINNALL
Jared Roberts
Jason Greaves
Binnall Law Group
717 King Street
Suite 200
Alexandria, VA 22314


Attorneys for Plaintiff




April 24, 2026

/s/ Tanya B. Koenig
TANYA B. KOENIG
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 305-7587
Email: Tanya.B.Koenig@usdoj.gov

Attorneys for Defendant

Of Counsel:

LTC Chris Koschnitzky
Chief, Military Personnel Law
U.S. Army Litigation Division
9275 Gunston Road, 3rd Floor
Fort Belvoir, VA 22060-5546