IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MICHAEL T. FLYNN,               )
                                )
    Plaintiff,                  )
                                )
    v.                          )        No. 24-516C
                                )        (Judge Meriweather)
UNITED STATES,                  )
                                )
    Defendant.                  )

## JOINT STATUS REPORT

Pursuant to this Court's May 28, 2026 order, the parties respectfully submit this joint status report. The Court ordered that the parties provide this joint status report "updating the Court" on the progress of the settlement. Since the parties' last status report, the parties have agreed to a settlement and executed a settlement agreement. In addition, the parties have made progress towards implementing the terms of the settlement agreement. However, one final step is needed to fully implement the agreed-upon settlement. Thus, we propose to file another joint status report in 30 days, by July 27, 2026, to update the Court on the status of the settlement or file a stipulation of dismissal.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

DOUGLAS K. MICKLE
Acting Deputy Director

- 2 -

/s/Jesse Binnall
JESSE BINNALL
Jared Roberts
Jason Greaves
Binnall Law Group
717 King Street
Suite 200
Alexandria, VA 22314


Attorneys for Plaintiff




June 26, 2026

/s/ Tanya B. Koenig
TANYA B. KOENIG
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7587
Email: Tanya.B.Koenig@usdoj.gov


Attorneys for Defendant

Of Counsel:

LTC Chris Koschnitzky
Chief, Military Personnel Law
U.S. Army Litigation Division
9275 Gunston Road, 3rd Floor
Fort Belvoir, VA 22060-5546